**Wade STEPHNEY, a/k/a Wade Stephney, Jr., Plaintiff—Appellant,**

v.

**Leon LOTT, Jr., Sheriff of Richland County; J. Willoughby, Investigator for Richland County Sheriff's Department; Ronaldo D. Myers, Director of Alvin S. Glenn Detention Center; Hayhurst, Fugitive Squad Officer for Richland County Sheriff's Department, Defendants—Appellees,**

and

**Unknown Fugitive Squad Officer, Richland County Sheriff's Department, Defendant.**

No. 06–6897.

United States Court of Appeals, Fourth Circuit.

Submitted July 20, 2006.

Decided July 28, 2006.

Wade Stephney, Appellant pro se.

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Wade Stephney appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Stephney v. Lott,* No. 8:05–cv–02740–MBS (D.S.C. May 9, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*